# EXHIBIT 6

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

RECORDING REQUESTED BY
AND WHEN RECORDED RETURN TO:

Hunton Andrews Kurth LLP
200 Park Avenue
New York, New York 10166
Attention: Peter J. Mignone, Esq.

**Fresno County Recorder**
**Paul Dictos, CPA**

**2024-0062442**

Recorded at the request of:
SIMPLIFILE, PROVO

07/16/2024 08:00 00

Titles: 1     Pages: 6
Fees: $34.00
CA SB2 Fees:$75.00
Taxes: $0.00
Total: $109.00

*(Space above this line is for Recorder's use)*

# ASSIGNMENT OF DEED OF TRUST, SECURITY AGREEMENT, ASSIGNMENT OF RENTS AND LEASES AND FIXTURE FILING

**FOR VALUE RECEIVED,** METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation *("Assignor"),* hereby transfers, assigns, grants and conveys to BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation, and its successors and permitted assigns *("Assignee"),* without recourse, representations or warranties of any kind (except as set forth in that certain GENERAL OMNIBUS ASSIGNMENT AND ASSUMPTION, dated June 30, 2023), all of the Assignor's right, title and interest in and to that certain Deed of Trust, Security Agreement, Assignment of Rents and Leases and Fixture Filing, executed by KAMM SOUTH, LLC, a California limited liability company, in favor of LEON A. MORENO, an individual, as trustee, for the benefit of Assignor, dated July 29, 2015 and recorded on July 29, 2015 in the office of the Recorder of Fresno County, California as Document No. 2015-0096366-00 (together with any amendments, renewals, extensions, modifications or partial releases, the *"Security Instrument"),* which encumbers certain real property located in Fresno County, State of California as more fully described in <u>Exhibit A</u> attached hereto and made a part hereof.  This Assignment will be binding on and inure to the benefit of Assignor and Assignee and their respective successors and assigns.

*[Signature page follows]*

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

**IN WITNESS WHEREOF,** the undersigned Assignor has executed this Assignment dated as of the 28 day of July, 2023 and this Assignment is effective as of June 30, 2023.

**METROPOLITAN LIFE INSURANCE COMPANY,**
a New York corporation

By:   MetLife Investment Management, LLC,
      its Investment Manager

      By: /s/ Greg G. Gallaway
      Name: Greg G. Gallaway
      Title: Authorized Signatory and Managing Director

[Project Spring (AG Recharacterization) –Assignment of Mortgage – Kamm South (Loan No. 196961)]

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

## ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of Kansas      )
County of Johnson   )

On  July 28 , 2023, before me, Susan Plowman
                                       (insert name of notary)
Notary Public, personally appeared Greg G. Gallaway, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(ies), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Kansas that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

[Notary Seal: SUSAN PLOWMAN, Notary Public - State of Kansas, My Appointment Expires 2.12.2024]

[Project Spring (AG Recharacterization) –Assignment of Mortgage – Kamm South (Loan No. 196961)]

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

# EXHIBIT A

# LEGAL DESCRIPTION

Real property in the unincorporated area of the County of Fresno, State of California, described as follows:

PARCEL ONE:

The North half of the Northeast quarter of Section 20, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the Official Plat thereof.

EXCEPTING THEREFROM the North 50 feet.

ALSO EXCEPTING THEREFROM all the coal and other minerals in said Land as reserved in the Patent from the United States of America, recorded March 10, 1925 in Book 541, Page 367 of Official Records.

ALSO EXCEPTING THEREFROM one-half of Grantors right, title and interest in and to all oil, gas and minerals in, upon or under said Land as excepted in the Deed recorded June 30, 1975, Instrument No. 71252 in Book 7065, Page 578, Official Records from William J. Rivers, et al to Raymond JaCk Minnite, et al.

APN: 038-130-71S

PARCEL TWO:

The South three-fourths of the East half of Section 20, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the Official Plat thereof.

EXCEPTING THEREFROM all that portion thereof described as follows:

That portion of the East half of said Section 20 described as follows:

Beginning at the South quarter corner of said Section, said South quarter corner bears South 88° 59' 30" East 2634.82 feet from the Southwest corner of said Section, said Southwest corner begins at coordinated Y-434 249.85 feet and X – 1 565 579.81 feet; thence (1) along the West line of the East half of said Section North 1° 35' 52" East 125.38 feet; thence (2) South 37° 04' 36" East 159.28 feet to the South line of said Section; thence (3) along said

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

South line North 88° 59' 39" West 99.54 feet to the point of beginning.

ALSO EXCEPTING THEREFROM all the coal and other minerals in said Land, together with the right to prospect for, mine and remove the same, as reserved in the Patent from the United States of America, recorded March 10, 1925 in Book 541, Page 367 of Official Records.

ALSO EXCEPTING THEREFROM one-half of the Grantor's right, title and interest in and to all oil, gas and minerals in, upon or under said Land as excepted in the Deed recorded June 30, 1975, Instrument No. 71252 in Book 7065, Page 578, Official Records from William J. Rivers, et al to Raymond Jack Minnite, et al.

APN: 038-130-35S

PARCEL THREE:

The West half of the Northwest quarter of Section 21, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the Official Plat thereof.

EXCEPTING THEREFROM the North 50 feet of said West half of the Northwest quarter.

ALSO EXCEPTING THEREFROM all oil, oil rights, natural gas, natural gas rights and other hydrocarbons, by whatsoever name known, and all other minerals and mineral rights, as reserved and excepted in the Deed to the State of California recorded March 13, 1959 in Book 4192, Page 207 of Official Records.

APN: 038-130-62S

PARCEL FOUR:

That certain non-exclusive determinable easement of irrigation pipe lines on, over and under a strip of land 30 feet in width along the Western boundary line of the Northwest quarter, the Northwest quarter of the Southwest quarter and the West half of the Southwest quarter of the Southwest quarter, and the Northern boundary line of the North half, lying West of the San Luis Canal, all in Section 9, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, in the County of Fresno, State of California, according to the Official Plat thereof, as granted by William J. Rivers, et al, to Raymond Minnite, et al, by Grant Deed recorded June 30, 1978 in Book 7065, Page 587 as Instrument No. 71253 of Official Records.

PARCEL FIVE:

A non-exclusive easement for a water pump station and/or water filtration/treatment system and incidental purposes thereto, as created in Instrument recorded December 13, 1999 as Instrument No. 99-176922 of Official Records, over and across the following property:

Documents provided by DataTree LLC via it's proprietary imaging and delivery system. Copyright 2003, All rights reserved.

and incidental purposes thereto, as created in Instrument recorded December 13, 1999 as Instrument No. 99-176922 of Official Records, over and across the following property:

The East 70 feet of the North 300 feet of the Northeast quarter of the Southeast quarter of Section 17, Township 16, Range 14, Mount Diablo Base and Meridian.

PARCEL SIX:

A non-exclusive easement for underground irrigation pipeline and incidental purposes thereof, as created in Instrument recorded December 13, 1999 as Instrument No. 99-176922 of Official Records, over and across the following property:

The East 50 feet of the Northeast quarter and the Southeast quarter of Section 17, Township 16, Range 14, Mount Diablo Base and Meridian.

PARCEL SEVEN:

A non-exclusive easement for the maintenance, repair and replacement of an irrigation pipeline and incidental purposes thereof, as created in Instrument recorded December 13, 1999 as Instrument No. 99-176923 of Official Records, on, over and under the following property:

A strip of land 30 feet in width along the Western boundary line of the Northwest quarter, the Northwest quarter of the Southwest quarter and the West half of the Southwest quarter of the Southwest quarter, and the Northern boundary line of the North half, lying West of the San Luis Canal, all in Section 9, Township 16 South, Range 14 East, Mount Diablo Base and Meridian.

PARCEL EIGHT:
Non-exclusive access and other rights in and to a well and well-site, upon the terms and conditions contained in that certain "Well Sharing Agreement" dated July 29, 2015, by and among Farid Assemi, Trustee of the Bibi Assemi Revocable Trust dated July 9, 2010; Kamm South, LLC, a California limited liability company; and Cantua Orchards, LLC, a California limited liability company, as located on the following described property:
Lots 24, 25 and 26, inclusive, in Section 4, Township 16 South, Range 14 East, Mount Diablo Base and Meridian, according to the Map of a part of California Land Company's Tract No. 1, recorded May 8, 1912, in Book 7, Page 49 of Record of Surveys, records of said County.

EXCEPTING THEREFROM all that portion of said South half of Section 4 of that certain parcel of land granted to the United States of America and described in that certain Deed executed by Rabb Bros., a co-partnership,

125384.0000011 DMS 303057328v2