MICHAEL B. BROWN, Bar No. 179222
michael.brown@stoel.com
THOMAS A. WOODS, Bar No. 210050
thomas.woods@stoel.com
BENJAMIN J. CODOG, Bar No. 307034
ben.codog@stoel.com
MICHELLE J. ROSALES, Bar No. 343519
michelle.rosales@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

*Attorneys for Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KAMM SOUTH, LLC, a California limited liability company; FARID ASSEMI, an individual; FARSHID ASSEMI, an individual; DARIUS ASSEMI, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:24-cv-01232 KES-SAB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (KAMM SOUTH, LLC)**<br><br>(Local Rule 144)<br><br>Action Filed: October 11, 2024<br>Trial Date: Not Set |

# STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff BRIGHTHOUSE LIFE INSURANCE COMPANY ("Plaintiff") and Defendant KAMM SOUTH, LLC, altogether the "Parties," by and through their counsel, represent and stipulate as follows:

1. The above-captioned action was commenced on October 11, 2024. Dkt. No. 1.

2. Counsel for Kamm South, LLC has accepted service on behalf of Kamm South, LLC. The Parties have agreed that Kamm South, LLC will file its response to the Complaint no later than December 16, 2024.

Now therefore, Plaintiff and Kamm South, LLC stipulate under Local Rule 144(a) that the deadline for Kamm South, LLC to file a response to the Complaint shall be December 16, 2024.

DATED: November 18, 2024    STOEL RIVES LLP

  /s/ Thomas A. Woods
MICHAEL B. BROWN, Bar No. 179222
THOMAS A. WOODS, Bar No. 210050
BENJAMIN J. CODOG, Bar No. 307034
MICHELLE J. ROSALES, Bar No. 343519

*Attorneys for Plaintiff*
BRIGHTHOUSE LIFE INSURANCE COMPANY

DATED:  November 18, 2024    MCDERMOTT WILL & EMERY LLP

*/s/ Michael Nadel*
*(as authorized on November 18, 2024)*
ROBERT BARTON, Bar No. (SBN 269455)
MICHAEL NADEL *(pro hac vice pending)*

*Attorneys for Defendant*
KAMM SOUTH, LLC