# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KAMM SOUTH, LLC, et al.,<br><br>Defendants. | Case No.  1:24-cv-01232-KES-SAB<br><br>ORDER DENYING NICHOLAS R. MARCUS'S *PRO HAC VICE* APPLICATION WITHOUT PREJUDICE<br><br>(ECF No. 44) |

Before the Court is the application of Nicholas R. Marcus's, attorney for Prudential Insurance Company of America, for admission to practice *pro hac vice*.  L.R. 180(b)(2).  Upon review, the Court observes that the application does not include a certificate of good standing from the court in the attorney's state of primary practice.  See Local Rule 180(b)(2)(i).

Accordingly, IT IS HEREBY ORDERED that Nicholas R. Marcus's application to appear *pro hac vice* is DENIED without prejudice to be resubmitted with the certificate of good standing.

IT IS SO ORDERED.

Dated:  __**February 17, 2026**__      _____

STANLEY A. BOONE
United States Magistrate Judge

1