UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>ACDF, LLC, a California limited liability company, *et al*.,<br><br>Defendants. | Case No. 1:24-cv-01261-KES-SAB<br><br>**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>FNF FARMS, LLC, a California limited liability company, *et al*.,<br><br>Defendants. | Case No. 1:24-cv-01226-KES-SAB<br><br>**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)** |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>C & A FARMS, LLC, a California limited liability company, *et al*.,<br><br>Defendants. | Case No. 1:24-cv-01230-KES-SAB<br><br>**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)** |

-1-

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,

Plaintiff,

v.

MARICOPA ORCHARDS, LLC, a California limited liability company, *et al.*,

Defendants.

Case No. 1:24-cv-01231-KES-SAB

**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)**

---

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,

Plaintiff,

v.

KAMM SOUTH, LLC, a California limited liability company, *et al.*,

Defendants.

Case No. 1:24-cv-01232-KES-SAB

**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)**

---

BRIGHTHOUSE LIFE INSURANCE COMPANY, a Delaware corporation,

Plaintiff,

v.

MANNING AVENUE PISTACHIOS, LLC, a California limited liability company, *et al.*,

Defendants.

Case No. 1:24-cv-01233-KES-SAB

**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)**

---

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation,

Plaintiff,

v.

C & A FARMS, LLC, a California limited liability company, *et al.*,

Defendants.

Case No. 1:24-cv-01235-KES-SAB

**ORDER AMENDING CONSOLIDATION, FOR ADMINISTRATIVE PURPOSES, OF RELATED RECEIVERSHIP CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)**

-2-

BRIGHTHOUSE LIFE INSURANCE
COMPANY, a Delaware corporation,

Plaintiff,

v.

PANOCHE PISTACHIOS, LLC, a
California limited liability company, *et al.*,

Defendants.

Case No. 1:24-cv-01241-KES-SAB

**ORDER AMENDING CONSOLIDATION,
FOR ADMINISTRATIVE PURPOSES,
OF RELATED RECEIVERSHIP CASES
PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 42(a)**

Upon due consideration of Plaintiff The Prudential Insurance Company of America's ("**Plaintiff**") *Motion to Amend Consolidation of Cases* (the "**Motion**"),[1] and good cause appearing therefor, and the Court being advised that the relief granted herein has been agreed to, or has not been contested, by: (i) Plaintiff, (ii) Metropolitan Life Insurance Company, MetLife Real Estate Lending, LLC, and Brighthouse Life Insurance Company; (iii) receiver, Phillip Christensen of AgriGlobe LLC; and (iv) defendants; and no objections having been raised by any other parties,

**The Court hereby ORDERS, pursuant to Federal Rule of Civil Procedure 42(a), as follows**:

1. The "Lead Case" for administrative consolidation of the Prudential Substitute Receivership Cases is *The Prudential Insurance Company of America v. ACDF, LLC, et al.,* U.S. District Court, Eastern District of California, Case Number 1:24-cv-01261;

2. The cases (the "Prudential Substitute Receivership Cases") for administrative consolidation into the Lead Case set forth in Paragraph 1 above are related Case Nos.: 1:24-cv-01226-KES-SAB; 1:24-cv-01231-KES-SAB; 1:24-cv-01232-KES-SAB; and 1:24-cv-01235-KES-SAB;

3. The approved caption that shall be used for any consolidated filing with respect to the Prudential Substitute Receivership Cases is attached hereto at Exhibit 1;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

-3-

ORDER                                                     Case No. 1:24-cv-01261-KES-SAB

4. The "Lead Case" for administrative consolidation of the MetLife/Brighthouse Receivership Cases is *Metropolitan Life Insurance Company v. C&A Farms, LLC, et al.,* U.S. District Court, Eastern District of California, Case Number 1:24-cv-01230;

5. The cases (the "MetLife/Brighthouse Receivership Cases") for administrative consolidation into the Lead Case set forth in Paragraph 4 above are related Case Nos.: 1:24-cv-01233; and 1:24-cv-01241;

6. The approved caption that shall be used for any consolidated filing with respect to the MetLife/Brighthouse Receivership Cases is attached hereto at Exhibit 2.

7. Matters appropriate for consolidated filing in either Lead Case shall include filings and reports applicable to the receivership(s) and the continuation or scope thereof in the applicable Lead Case and the applicable Receivership Cases, including: requests to intervene by an interested party; motions and other filings relating to the continuation or scope of receivership by any Party, intervening party, or Receiver Phillip Christensen; filings of Receiver Phillip Christensen as made necessary or appropriate by any Order Appointing Receiver and for Preliminary Injunction; Party and intervening party Status Reports that are or may be required by the Court in advance of any Status Conference regarding receivership; requests by any Party or intervening party to appear via Zoom video teleconferencing or telephone as otherwise permitted by the Court; and, any other matters as ordered by the Court *sua sponte* or otherwise on regularly-noticed motion, unless on an *ex parte* basis only for good cause appearing;

8. Except as set forth in paragraph 7 above, matters not appropriate for consolidated filing without further order of the Court, and which shall be filed in specific Receivership Cases include:

   a. Pleadings, motions, and amended pleadings pursuant to Federal Rules of Civil Procedure 1 through 25;

   b. Discovery and discovery related motions pursuant to Federal Rules of Civil Procedure 26 through 37;

-4-

ORDER                                           Case No. 1:24-cv-01261-KES-SAB

c.  Any filings not limited to motions relating to the pleadings pursuant to Federal Rules of Civil Procedure 38 through 63; and

d.  Any judgment, post-judgment or remedial filings pursuant to Federal Rules of Civil Procedure 64 through 71.

9.  The consolidated service list filed at ECF Number 57 on December 13, 2024 shall continue to be used as the consolidated service list for the Lead Case in each of the Prudential Substitute Receivership Cases and the MetLife/Brighthouse Receivership Cases.

10.  Plaintiff shall serve this Order within 48 hours of its entry on any Parties in the Receivership Cases who have not appeared by the time this Order is entered.

11.  The hearing on the Motion, currently set for April 6, 2026, is vacated.

This Order is intended and shall be interpreted solely for purposes of administrative efficiency, *see Hall v. Hall*, 138 S. Ct. 1118 (2018); 3 J. Moore & J. Friedman, Moore's Federal Practice § 42.01, pp. 3050–3051 (1938), and shall not change or otherwise prejudice the substantive rights of any Party to any of the Receivership Cases. Without limiting the generality of the foregoing, the Court rules that this Order does not consolidate or otherwise change the separateness of any assets or liabilities of any party, or of the Receivership estates identified in the Receivership Cases.

IT IS SO ORDERED.

Dated:   April 2, 2026   

_____
UNITED STATES DISTRICT JUDGE

ORDER                                                                 Case No. 1:24-cv-01261-KES-SAB