# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTHOUSE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KAMM SOUTH, LLC, et al.,<br><br>Defendants. | Case No. 1:24-cv-01232-KES-SAB<br><br>ORDER CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 50) |

On May 18, 2026, the parties filed a stipulation to continue the initial scheduling conference. (ECF No. 50.) For good cause shown, the Court HEREBY ORDERS that the initial scheduling conference is CONTINUED to September 22, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated: __May 19, 2026__

STANLEY A. BOONE
United States Magistrate Judge